**In re: Matthew Richard PALMIERI,
Petitioner.**

No. 12–1415.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 11, 2012.

Decided: July 18, 2012.

Matthew Richard Palmieri, Petitioner
Pro Se.

Before DAVIS, DIAZ, and FLOYD,
Circuit Judges.

Petition dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Matthew Richard Palmieri has filed a
petition for a writ of Quo Warranto and a
writ of mandamus asking this court to
order the Director of the Defense Security
Service ("DSS") to demonstrate the au-
thority for certain alleged actions taken
against him and to provide him with due
process in connection with the suspension
of his security clearance.

We lack jurisdiction to consider Palmi-
eri's petition, and therefore dismiss it.
The All Writs Act vests all statutorily cre-
ated courts, including this court, with au-
thority to issue "all writs necessary or
appropriate in aid of their respective juris-
dictions . . . ." *See* 28 U.S.C. § 1651 (2006).
However, Palmieri's petition, stemming

from the suspension of a security clearance
currently under review by the Department
of Defense, fails to implicate the indepen-
dent basis for our jurisdiction necessary
for this court to proceed under the All
Writs Act. *See In re Chambers Dev. Co.,*
148 F.3d 214, 223 n. 6 (3d Cir.1998) (stat-
ing that the All Writs Act requires that
"the case may at some future time come
within the court's appellate jurisdiction."
Accordingly, we dismiss Palmieri's peti-
tion.* We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*PETITION DISMISSED.*

---

* This disposition, of course, is without preju-
dice to any right Palmieri may have to seek

mandamus relief in an appropriate district
court. *See* 28 U.S.C. § 1361 (2006).